# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2015

151045

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re CAMPBELL

_____

DAVID MARSHALL CAMPBELL,

     Plaintiff-Appellant,

v

                    SC:  151045
                    COA:  322123

ROSCOMMON CIRCUIT COURT,

     Defendant-Appellee.

_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of February 12, 2015, the Clerk of the Court is hereby directed to close this file.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2015

jam

                                       Clerk